UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SHAWN MULLIGAN,<br>   Plaintiff,<br><br>  v.<br><br>JONATHAN KOOP, et al.<br>   Defendants. | CIVIL ACTION<br>NO. 15-40072-TSH |

## ORDER

### July 31, 2018

Hennessy, M.J.

  By Order of Reference dated May 16, 2018, pursuant to 28 U.S.C. § 636(b)(1)(A) (Docket #141), this matter was referred to me for a decision on Plaintiff Shawn Mulligan's Motion for Default Judgment with respect to Defendants Jonathan Koop and David Jeffress (Docket #135) as to whether sanctions shall be ordered and a report and recommendation if default judgment is deemed the appropriate sanction. A hearing on the motion with respect to Koop was held on July 31, 2018. I hereby take the matter as it relates to Koop under advisement and set a further hearing date for August 21, 2018 at 11:00 a.m. EDT. I further order the following:

1. Koop shall sit for his deposition by **August 15, 2018**.

2. By close of business on **August 7, 2018**, Koop shall submit any outstanding answers to the Plaintiff's Interrogatories. Koop must answer each interrogatory, to the extent it is not objected to, separately and fully in writing under oath. See Fed. R. Civ. P. 33(b)(3). If Koop objects to an interrogatory, he must state with specificity the grounds for so objecting. See Fed. R. Civ. P. 33(b)(4). Koop shall supplement his answers in conformity with Fed. R. Civ. P. 26(e)(1)(A).

3. By close of business on **August 7, 2018**, Koop shall produce for inspection and copying any documents subject to the Plaintiff's Requests for Production of Documents. For each item or category requested, Koop must either state in writing that inspection and related activities will be permitted as requested or state with specificity the ground for objecting to the request, including the reasons. See Fed. R. Civ. P. 34(b)(2)(B). If Koop does not have possession, custody, or control of the subject documents, he must so state in writing. Koop shall supplement his production in conformity with Fed. R. Civ. P. 26(e)(1)(A).

4. By close of business on **July 31, 2018**, Koop shall produce for inspection and copying any 2017 tax return extensions for all corporate entities subject to the document request for 2017 tax returns.

5. By close of business on **August 1, 2018**, Mulligan shall file a disclosure statement as required by Federal Rule of Civil Procedure 7.1.

Failure to comply with these directives will necessarily impact the court's decision on the motion for default.

/S/ David H. Hennessy
David H. Hennessy
UNITED STATES MAGISTRATE JUDGE